**Petition for Writ of Injunction Denied and Memorandum Opinion filed September 26, 2013.**



In The

# Fourteenth Court of Appeals

NO. 14-13-00801-CV

## IN RE JASMINE RICKS, Relator

**ORIGINAL PROCEEDING**
**WRIT OF INJUNCTION**
**157th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-17716**

## MEMORANDUM OPINION

On September 12, 2013, relator Jasmine Ricks filed a petition for writ of injunction in this court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks that we review the trial court's partial summary judgment. Relator also filed a motion to seal and a motion to stay the underlying proceedings pending our decision on her petition for writ of injunction.

The purpose of a writ of injunction is to enforce or protect the appellate court's jurisdiction. *In re Olson*, 252 S.W.3d 747, 747 (Tex. App.—Houston [14th Dist.] 2008, orig. proceeding) (per curiam). The writ is typically used to protect the subject matter of a pending appeal or to prohibit an unlawful interference with the enforcement of a superior court's orders and judgments. *Holloway v. Fifth Court of Appeals*, 767 S.W.2d 680, 683 (Tex. 1989). Relator has not established that she has a pending appeal in this court, or that a writ is needed to prevent the unlawful interference with the enforcement of this court's orders or judgments. On this record, a writ of injunction is inappropriate.

Relator has not established that she is entitled to the extraordinary relief of a writ of injunction. Accordingly, we deny relator's petition, motion to seal, and motion to stay.

PER CURIAM

Panel consists of Justices Christopher, McCally, and Busby.